## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rae Ashley Paya**<br>DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-04565MJ** |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 11, 2026, in the District of Arizona, **Rae Ashley Paya**, knowing and in reckless disregard of the fact that certain illegal aliens, including Regina Trujillo-Gonzalez, Jose Luis Gonzalez-Alarcon, and Damian Candia-Andrade, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 11, 2026, in the District of Arizona (Why), Border Patrol Agents (BPAs) were assigned to operations on State Route (SR) 85 in Why, Arizona.   Why, Arizona is approximately 30 miles north of the border and SR 85 is a well-known smuggling corridor.   Smuggling organizations will smuggle illegal aliens across the border and have them walk to certain mile markers or landmarks to be picked up and transported further into the United States.   At approximately 8:10 p.m., the AJO Tactical Operations Command notified BPAs about a suspicious 2021 Mazda SUV in the area of SR 85 and SR 86.   BPAs at the intersection of SR 85 and SR 86 observed the Mazda travelling west on SR 86 at approximately 9:25 p.m.   The Mazda turned onto North Ironwood Avenue before turning north on SR 85.   North Ironwood Avenue is commonly used by smugglers to avoid law enforcement detection at the intersection of SR 85 and SR 86.   BPAs began following the Mazda as it travelled north on SR 85.   Record checks on the Mazda returned out of Peach Springs, Arizona which is approximately 230 miles from Why, Arizona.   BPAs initiated a vehicle stop and the Mazda abruptly stopped near mile marker 49 before accelerating back onto SR 85. BPAs pursued the Mazda as it reached speeds of approximately 100 miles per hour.   Near mile marker 45, the Mazda abruptly stopped, and BPAs observed four individuals exit the vehicle and run north.   BPAs pursued the individuals on foot and apprehended all four subjects.   One individual, identified as **Rae Ashley Paya**, matched the clothing description of the driver and was determined to be the driver of the Mazda.   An immigration inspection was performed on the three other individuals, including Regina Trujillo-Gonzalez, Jose Luis Gonzalez-Alarcon, and Damian Candia-Andrade, and BPAs determined them to be citizens of Mexico illegally present in the United States.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Regina Trujillo-Gonzalez, Jose Luis Gonzalez-Alarcon, and Damian Candia-Andrade

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>April 13, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**

Record checks revealed that Regina Trujillo-Gonzalez, Jose Luis Gonzalez-Alarcon, and Damian Candia-Andrade do not possess the proper documentation to enter, pass through, or remain in the Untied States legally. **Paya** was determined to be a United States citizen.

Material witness Regina Trujillo-Gonzalez stated that she is a citizen of Mexico and that she paid 16,000 Mexican pesos to be smuggled into the United States. She crossed the border near Sonoyta, Mexico with three other individuals and a foot guide. The foot guide was on the phone with the scouts on the Mexican side of the border and made them walk through a barbed wire fence in the desert. They arrived at a pick-up location where a silver sedan was supposed to pick them up. The foot guide made a couple phone calls and told the group to be ready. A few minutes later, a silver sedan arrived, and she and the three other individuals entered the vehicle while the foot guide returned to Mexico. Trujillo-Gonzalez observed a female driver in the vehicle. The driver took the group to a house where there was another woman who instructed the group to remove their camouflage clothing and discard their camouflage backpacks. The driver then instructed Trujillo-Gonzalez and two of the other individuals in her group to re-enter the vehicle. One of the individuals was told to remain at the house. Trujillo-Gonzalez entered the front passenger seat while the other two individuals entered the rear seats. Shortly after, the driver noticed that they were being followed by BPAs and instructed Trujillo-Gonzalez not to move or look back. The instructions were given in English and translated by one of the other members in the group. Once Trujillo-Gonzalez heard the sirens, the driver refused to stop and began increasing the speed of the vehicle. When they lost sight of the patrol cars, the driver instructed the group to exit the vehicle and run into the desert. After walking in the desert for a while, Trujillo-Gonzalez was arrested by BPAs. Through a photo array, Trujillo-Gonzalez was able to identify **Rae Ashley Paya** as the driver of the vehicle.

Material witness Jose Luis Gonzalez-Alarcon stated that he is a citizen of Mexico and that he paid 16,000 Mexican pesos to be smuggled into the United States. He was going to pay an additional 8,000 pesos once he arrived in Phoenix, Arizona. Gonzalez-Alarcon crossed the border near Sonoyta, Arizona with his group and a foot guide. He was arrested with his entire group with the exception of the foot guide. The foot guide returned to Mexico after dropping the group off with the vehicle that attempted to smuggle them further north. Gonzalez-Alarcon admitted that this was not his first time illegally entering the United States and stated that he did not know anything about the vehicle or driver that was supposed to pick them up and drive them north.

Material witness Damian Candia-Andrade stated that he is a citizen of Mexico and that he was going to pay $12,000 to be smuggled into the United States. He crossed the border with two other individuals and was instructed to follow the foot guide. The group walked for two days until they arrived at the pick-up location. The foot guide told the group that the vehicle would honk when it arrived and then left the group and returned to Mexico. Once the vehicle arrived and honked, the driver instructed the group to run to the vehicle and lay down when they entered. They drove north for approximately two hours before there was a Border Patrol vehicle behind them. The driver then instructed them to exit the vehicle and run. The vehicle slowed down and he exited the vehicle and ran north. He was in the desert for a short time before he turned himself in to BPAs. Candia-Andrade described the driver as a female.